

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

TAP Realty, LLC & 62 Main Street, LLC,
Appellants

No. 06-24-00030-CV          v.

Neighborhood Management, Inc., Helmut
Landwehr, Individually and as Previous
Member of Board of Directors of Village
Owners Association, Inc., Joe Holtshouser,
as Previous Member of Board of Directors,
Patrick Dunagan as Current President and
Director of Village Owners Association,
Inc., Richard Newton in Capacity of Mayor
of The City of Colleyville, City of
Colleyville, Twenty Ten Investment
Company, LLC, and Donald L. Silverman,
Individually, Appellees

Appeal from the 352nd District Court of
Tarrant County, Texas (Tr. Ct. No. 352-
323927-21). Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed. Therefore, we dismiss the appeal.

We further order that the appellants, TAP Realty, LLC & 62 Main Street, LLC, pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 18, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk